# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-50434
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 21, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ERICK LOPEZ MESA, also known as Erick Lopez,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:16-CR-42-1

Before REAVLEY, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Erick Lopez Mesa has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez Mesa has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. Based on that review and our own independent assessment of the record, we concur with counsel's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-50434

assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

In the future, counsel is encouraged to complete and include this court's *Anders* checklist to ensure compliance with *Anders* and to assist the court in its review of the record. *See* Fifth Circuit's *Anders* Guidelines; *see also* Fifth Circuit's *Anders* Checklist.